UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 29 1994

Michael N. Milby, Clerk

15

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

| | |
|---|---|
| CAROL ARAGON § | |
| § | |
| § | |
| V. § | C. A. NO. 94-0420 |
| § | |
| § | |
| SOCIETAS JESU, A/K/A/ § | |
| THE JESUIT FATHERS AND BROTHERS § | |
| A/K/A THE SOCIETY OF JESUS § | |
| et al. § | |

### ORDER

CAME ON for consideration the Plaintiff's Motion to Enlarge Time. After considering the motion, the court GRANTS the motion in the following respects: Plaintiff must designate her expert witnesses and produce expert reports by December 16, 1994. Defendants must designate its experts and produce expert reports by January 20, 1995.

All other dates contained in the June 24, 1994 Scheduling Order will remain the same.

DONE at Houston, Texas, this 29th day of November, 1994.

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE